IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:25-cv-03248-DDD-MDB

AMY WRANY, and
ASHLEY JOHNSON,

Plaintiff,

v.

EL PASO COUNTY, COLORADO, by and through its Board of County Commissioners,
EL PASO COUNTY DEPARTMENT OF HUMAN SERVICES,
OFFICE OF THE CHILD'S REPRESENTATIVE,
EXECUTIVE DIRECTOR OF THE COLORADO OFFICE OF THE CHILD'S REPRESENTATIVE, in his or her official capacity,
JESSICA DRIVER,
CODY CHRISTIAN,
KEVIN MAJOR, and
LESHA DELANEY,

Defendants.

---

FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is entered.

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order Adopting Recommendation of United States Magistrate Judge, filed September 10, 2026, by the Honorable Daniel D. Domenico, Chief United States District Judge, and incorporated herein by reference as if fully set forth, it is hereby

ORDERED that the Recommendation of United States Magistrate Judge, Doc. 103, is ACCEPTED and ADOPTED. It is further

ORDERED that judgment is hereby entered in favor of Defendants, El Paso

County, Colorado, by and through its Board of County Commissioners, El Paso County Department Of Human Services, Office of the Child's Representative, Executive Director Of The Colorado Office Of The Child's Representative, in his or her official capacity, Jessica Driver, Cody Christian, Kevin Major, and Lesha Delaney, and against Plaintiffs, Amy Wrany and Ashley Johnson, on Defendants' Motions to Dismiss. It is further

ORDERED that Plaintiff's federal claims are dismissed and the Court declines supplemental jurisdiction over the remaining state law claims. It is further

ORDERED that Plaintiff's Complaint and action are dismissed without prejudice.

DATED at Denver, Colorado this 10th day of September, 2026.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

s/ Robert R. Keech
Robert R. Keech,
Deputy Clerk